UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-21297-KMM-Moore/Torres

**BUCCELLATI HOLDING ITALIA SPA**
and **BUCCELLATI, INC.**,

        Plaintiffs,

v.

**LAURA BUCCELLATI, LLC, LAURA BUCCELLATI**, and **LILIAN AZEL**,

        Defendants.
_____/

**LAURA BUCCELLATI, LLC, LAURA BUCCELLATI,**

        Counter-Plaintiffs.

v.

**BUCCELLATI HOLDING ITALIA SPA**, **BUCCELLATI, INC**, **GIANMARIA BUCCELLATI, BUCCELLATI WATCHES SA**, and **PAOLO CARRION**,

        Counter-Defendants
_____/

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed.R.Civ.P., and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Buccellati Holding Italia SPA and Buccellati Inc. certifies that there are no corporate parents, subsidiaries, or affiliates of Plaintiffs that are publicly held.

**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier

AM 21756701.1

DATED:  July 11, 2013                                    Respectfully submitted,

                                               **FRIEDLAND VINING, P.A.**

                                               /s/Jaime Rich Vining
                                             By:  David K. Friedland
                                             Florida Bar No. 833479
                                             Email:  dkf@friedlandvining.com
                                             Jaime Rich Vining
                                             Florida Bar No. 030932
                                             Email:  jrv@friedlandvining.com
                                             1500 San Remo Ave., Suite 200
                                             Coral Gables, FL 33146
                                             (305) 777-1720 – telephone
                                             (305) 456-4922 – facsimile

                                             and

                                             **EDWARDS WILDMAN PALMER, LLP**
                                             Perla M. Kuhn (admitted *pro hac vice*)
                                             Rory J. Radding (admitted *pro hac vice*)
                                             Jami Gekas (admitted *pro hac vice*)
                                             H. Straat Tenney (admitted *pro hac vice*)
                                             750 Lexington Avenue
                                             New York, NY 10022
                                             (212) 308-4411 – telephone
                                             (212) 308-4844 – facsimile
                                             ***Counsel for Plaintiffs***

AM 21756701.1                                    2

**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier

**CERTIFICATE OF SERVICE**

I hereby certify that on the above referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Albert Bordas, Esq**.
ALBERT BORDAS, P.A.
Email: albert@bordasiplaw.com
5975 Sunset Dr., Suite 607
Miami, FL 33143
(305) 669-9848 – telephone
(305) 669-9851 – facsimile
*Service via ECF*

**Leonardo G. Renaud, Esq.**
LEONARDO G. RENAUD, P.A.
Email: leonardorenaud@aol.com
8105 NW 155th St.
Miami Lakes, FL 33016
(305) 818-9993 – telephone
(305) 818-9997 – facsimile
*Service via ECF*

**David T. Azrin, Esq.**
GALLET DREYER & BERKEY LLP
Email: dta@gdblaw.com
845 3rd Ave., 8th Fl.
New York, NY 10022
(212) 935-3131 – telephone
(212) 935-4514 – facsimile
*Service via ECF*

                                                                        s/Jaime Rich Vining
                                                                        Jaime Rich Vining

AM 21756701.1                                    3

**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier