UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-21297-KMM-Moore/Torres

**BUCCELLATI HOLDING ITALIA SPA**
and **BUCCELLATI, INC.,**

           Plaintiffs,

v.

**LAURA BUCCELLATI, LLC, LAURA BUCCELLATI**, and **LILIAN AZEL**,

           Defendants.
_____/

**LAURA BUCCELLATI, LLC, LAURA BUCCELLATI,**

           Counter-Plaintiffs.

v.

**BUCCELLATI HOLDING ITALIA SPA, BUCCELLATI, INC, GIANMARIA BUCCELLATI, BUCCELLATI WATCHES SA**, and **PAOLO CARRION**,

           Counter-Defendants
_____/

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's Order of Referral to Mediation (Doc. No. 25), Plaintiffs Buccellati Holding Italia SPA and Buccellati, Inc. (collectively, "Plaintiffs"), by and through the undersigned attorneys, hereby notify the Court that all parties have agreed to the designation of Harry R. Schafer Esq., Kenny Nachwalter, P.A., 201 S. Biscayne Blvd., Suite 1100 – Miami Center, Miami, Florida 33131, as mediator in this matter.

**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier

Date: July 17, 2013                    s/Jaime Rich Vining/
                                       **David K. Friedland**
                                       Florida Bar No. 833479
                                       **Jaime Rich Vining**
                                       Florida Bar No. 30932
                                       **FRIEDLAND VINING, P.A.**
                                       1500 San Remo Ave., Suite 200
                                       Coral Gables, Florida 33146
                                       (305) 777-1720 – telephone
                                       (305) 456-4922 – facsimile
                                       e-mail: dkf@friedlandvining.com
                                       e-mail: jrv@friedlandvining.com

                                       and


                                       **EDWARDS WILDMAN PALMER, LLP**
                                       Perla M. Kuhn (admitted *pro hac vice*)
                                       Rory J. Radding (admitted *pro hac vice*)
                                       Jami Gekas (admitted *pro hac vice*)
                                       H. Straat Tenney (admitted *pro hac vice*)
                                       750 Lexington Avenue
                                       New York, NY 10022
                                       (212) 308-4411 – telephone
                                       (212) 308-4844 – facsimile
                                       *Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the above referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Albert Bordas, Esq.
**ALBERT BORDAS, P.A.**
Email: albert@bordasiplaw.com
5975 Sunset Dr., Suite 607
Miami, FL 33143
(305) 669-9848 – telephone
(305) 669-9851 – facsimile
*Service via ECF*

Leonardo G. Renaud, Esq.
**LEONARDO G. RENAUD, P.A.**
Email: leonardorenaud@aol.com
8105 NW 155th St.
Miami Lakes, FL 33016
(305) 818-9993 – telephone
(305) 818-9997 – facsimile
*Service via ECF*

David T. Azrin, Esq.
**GALLET DREYER & BERKEY LLP**
Email: dta@gdblaw.com
845 3rd Ave., 8th Fl.
New York, NY 10022
(212) 935-3131 – telephone
(212) 935-4514  – facsimile
*Service via ECF*

                                              s/Jaime Rich Vining
                                                Jaime Rich Vining