UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BUCCELLATI HOLDING ITALIA SPA
and **BUCCELLATI, INC.**,

    Plaintiffs,

v.

CASE NO.: 13-CV-2197-Moore/Torres

**LAURA BUCCELLATI, LLC, LAURA BUCCELLATI,** and **LILIAN AZEL,**

    Defendants.

_____

**LAURA BUCCELLATI, LLC,** and **LAURA BUCCELLATI,**

    Counterclaim Plaintiffs,

v.

**BUCCELLATI HOLDING ITALIA SPA, BUCCELLATI, INC., GIANMARIA BUCCELLATI, BUCCELLATI WATCHES SA,** and **PAOLO CARRION.**

    Counterclaim Defendants.
_____/

**SUMMONS ON COUNTERCLAIMS JOINING COUNTERCLAIM DEFENDANTS UNDER RULE 13(h) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To:    Buccellati Watches SA
       Corso San Gottardo 89
       6830 Chiasso
       Switzerland

    A lawsuit has been filed against you under Rule 13(h) of the Federal Rules of Civil Procedure.

    Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the

1

counterclaim plaintiffs' attorney and on the plaintiffs' attorney an answer to the attached answer with counterclaims or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the counterclaim plaintiffs' attorneys whose names and addresses are:

| | |
|---|---|
| Gallet Dreyer & Berkey, LLP<br>David T. Azrin, Esq.<br>845 Third Avenue – 8th Floor<br>New York, NY 10022 | Albert Bordas, P.A.<br>5975 Sunset Drive, Suite 607<br>Miami, FL 33143 |
| Leonardo G. Renaud, P.A.<br>8105 N.W. 155 St.<br>Miami Lakes, FL 33016 | |

It must also be served on the plaintiffs' attorneys, whose names and addresses are:

| | |
|---|---|
| Friedland Vining, P.A.<br>David Kenneth Friedland<br>1500 San Remo Ave., Suite 200<br>Coral Gables, FL 33146 | Friedland Vining, P.A.<br>Jaime Rich Vining<br>1500 San Remo Ave., Suite 200<br>Coral Gables, FL 33146 |
| Edwards, Wildman, Palmer, LLP<br>Jami A. Gekas<br>225 West Wacker Drive<br>Chicago, IL 60606 | Edwards, Wildman, Palmer, LLP<br>Perla M. Kuhn<br>750 Lexington Avenue<br>New York, NY 10022 |
| Edwards, Wildman, Palmer, LLP<br>Rory J. Radding<br>750 Lexington Avenue<br>New York, NY 10022 | Edwards, Wildman, Palmer, LLP<br>H. Straat Tenney<br>750 Lexington Avenue<br>New York, NY 10022 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the answer with counterclaims. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is available electronically on the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system.

Date: _____

CLERK OF COURT

_____<br>*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BUCCELLATI HOLDING ITALIA SPA
and **BUCCELLATI, INC.**,

    Plaintiffs,

v.

CASE NO.: 13-CV-2197-Moore/Torres

**LAURA BUCCELLATI, LLC, LAURA BUCCELLATI,** and **LILIAN AZEL,**

    Defendants.
_____

**LAURA BUCCELLATI, LLC,** and **LAURA BUCCELLATI,**

    Counterclaim Plaintiffs,

v.

**BUCCELLATI HOLDING ITALIA SPA, BUCCELLATI, INC., GIANMARIA BUCCELLATI, BUCCELLATI WATCHES SA,** and **PAOLO CARRION.**

    Counterclaim Defendants.
_____/

**SUMMONS ON COUNTERCLAIMS JOINING COUNTERCLAIM DEFENDANTS UNDER RULE 13(h) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To:    Paolo Carrion
       Via Dr.Francesco Pagani 4
       6826 Riva San Vitale
       Switzerland

    A lawsuit has been filed against you under Rule 13(h) of the Federal Rules of Civil Procedure.

    Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the

1

counterclaim plaintiffs' attorney and on the plaintiffs' attorney an answer to the attached answer with counterclaims or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the counterclaim plaintiffs' attorneys whose names and addresses are:

Gallet Dreyer & Berkey, LLP
David T. Azrin, Esq.
845 Third Avenue – 8th Floor
New York, NY 10022

Albert Bordas, P.A.
5975 Sunset Drive, Suite 607
Miami, FL 33143

Leonardo G. Renaud, P.A.
8105 N.W. 155 St.
Miami Lakes, FL 33016

It must also be served on the plaintiffs' attorneys, whose names and addresses are:

Friedland Vining, P.A.
David Kenneth Friedland
1500 San Remo Ave., Suite 200
Coral Gables, FL 33146

Friedland Vining, P.A.
Jaime Rich Vining
1500 San Remo Ave., Suite 200
Coral Gables, FL 33146

Edwards, Wildman, Palmer, LLP
Jami A. Gekas
225 West Wacker Drive
Chicago, IL 60606

Edwards, Wildman, Palmer, LLP
Perla M. Kuhn
750 Lexington Avenue
New York, NY 10022

Edwards, Wildman, Palmer, LLP
Rory J. Radding
750 Lexington Avenue
New York, NY 10022

Edwards, Wildman, Palmer, LLP
H. Straat Tenney
750 Lexington Avenue
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the answer with counterclaims. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is available electronically on the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system.

Date: _____

                           CLERK OF COURT

                           _____
                           *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BUCCELLATI HOLDING ITALIA SPA
and **BUCCELLATI, INC.**,

    Plaintiffs,

v.

**CASE NO.: 13-CV-2197-Moore/Torres**

**LAURA BUCCELLATI, LLC, LAURA
BUCCELLATI,** and **LILIAN AZEL,**

    Defendants.
_____

**LAURA BUCCELLATI, LLC,** and **LAURA
BUCCELLATI,**

    Counterclaim Plaintiffs,

v.

**BUCCELLATI HOLDING ITALIA SPA,
BUCCELLATI, INC., GIANMARIA
BUCCELLATI, BUCCELLATI WATCHES SA,**
and **PAOLO CARRION.**

    Counterclaim Defendants.
_____/

**SUMMONS ON COUNTERCLAIMS JOINING COUNTERCLAIM DEFENDANTS
UNDER RULE 13(h) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To:    Gianmaria Buccellati
       Via Durini, 20
       Milano 20122
       Italy

    A lawsuit has been filed against you under Rule 13(h) of the Federal Rules of Civil Procedure.

    Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the

1

counterclaim plaintiffs' attorney and on the plaintiffs' attorney an answer to the attached answer with counterclaims or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the counterclaim plaintiffs' attorneys whose names and addresses are:

> Gallet Dreyer & Berkey, LLP
> David T. Azrin, Esq.
> 845 Third Avenue – 8th Floor
> New York, NY 10022

> Albert Bordas, P.A.
> 5975 Sunset Drive, Suite 607
> Miami, FL 33143

> Leonardo G. Renaud, P.A.
> 8105 N.W. 155 St.
> Miami Lakes, FL 33016

It must also be served on the plaintiffs' attorneys, whose names and addresses are:

> Friedland Vining, P.A.
> David Kenneth Friedland
> 1500 San Remo Ave., Suite 200
> Coral Gables, FL 33146

> Friedland Vining, P.A.
> Jaime Rich Vining
> 1500 San Remo Ave., Suite 200
> Coral Gables, FL 33146

> Edwards, Wildman, Palmer, LLP
> Jami A. Gekas
> 225 West Wacker Drive
> Chicago, IL 60606

> Edwards, Wildman, Palmer, LLP
> Perla M. Kuhn
> 750 Lexington Avenue
> New York, NY 10022

> Edwards, Wildman, Palmer, LLP
> Rory J. Radding
> 750 Lexington Avenue
> New York, NY 10022

> Edwards, Wildman, Palmer, LLP
> H. Straat Tenney
> 750 Lexington Avenue
> New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the answer with counterclaims. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is available electronically on the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

2