UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-2197-Moore/Torres

**BUCCELLATI HOLDING ITALIA SPA**
and **BUCCELLATI, INC.,**

    Plaintiffs,

v.

**LAURA BUCCELLATI, LLC, LAURA BUCCELLATI,** and **LILIAN AZEL,**

    Defendants.
_____

**LAURA BUCCELLATI, LLC, and LAURA BUCCELLATI,**

    Counterclaim Plaintiffs,

v.

**BUCCELLATI HOLDING ITALIA SPA, BUCCELLATI, INC., GIANMARIA BUCCELLATI, BUCCELLATI WATCHES SA, and PAOLO CARRION.**

    Counterclaim Defendants.
_____/

**(Proposed)**
**DEFAULT FINAL JUDGMENT AS TO COUNTERCLAIM DEFENDANTS**
**BUCCELLATI WATCHES SA AND PAOLO CARRION**

Counterclaim Plaintiffs Laura Buccellati and Laura Buccellati, LLC having moved for a default judgment against counterclaim defendants Buccellati Watches SA ("Buccellati Watches") and Paolo Carrion ("Carrion") (jointly the "Defaulting Counterclaim Defendants") pursuant to Fed. R. Civ. P. 55(b) seeking final permanent injunctive and declaratory relief and an award of attorney's fees and this matter having come before this Court, it is

1

**ORDERED, ADJUDGED and DECREED** that Counterclaim Plaintiffs' motion for default judgment against Defaulting Counterclaim Defendants is granted; and it is further

**ORDERED, ADJUDGED, DECREED and DECLARED** that Counterclaim Plaintiffs possess rights superior to and over Buccellati Watches with respect to use of the name Laura Buccellati and Buccellati in connection with leather handbags and belts and Counterclaim Plaintiffs are entitled to proceed with their application to register their name in connection with leather handbags and belts (USPTO Serial No. 77430142) regardless of Buccellati Watches' registration and it is further

**ORDERED, ADJUDGED, DECREED and DECLARED** that Buccellati Watches is not entitled to registration of the name Buccellati in connection with leather handbags and belts (USPTO Reg. No. 3694700); and it is further

**ORDERED, ADJUDGED and DECREED** that the portion of Buccellati Watches' registration for use of the name "Mario Buccellati" in connection with leather goods (USPTO Reg. No. 3694700) is hereby deemed cancelled and stricken; and it is further

**ORDERED, ADJUDGED and DECREED** that Counterclaim Plaintiffs are permitted to pursue their application for registration of the name "Laura Buccellati" in connection with leather handbags and leather belts (USPTO Serial No. 77430142); and it is further

**ORDERED, ADJUDGED and DECREED** that Counterclaim Plaintiffs are permitted concurrent use of the name Buccellati (or variations thereof) with respect to leather handbags and belts; and it is further

**ORDERED, ADJUDGED and DECREED** that Counterclaims Plaintiffs are entitled to an award for their attorney's fees and costs in connection with pursuing the claims against the Defaulting Counterclaim Defendants, and shall within thirty days submit an affidavit and time

records demonstrating the amount of the fees and costs incurred, which shall be awarded by the Court.

Dated: _____, 2013

_____
United States District Court Judge