UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-21297-MOORE/TORRES

BUCCELLATI HOLDING ITALIA SPA and
BUCCELLATI, INC.,

    Plaintiffs,

vs.

LAURA BUCCELLATI, LLC, LAURA
BUCCELLATI, and LILIAN AZEL,

    Defendants.
_____/

LAURA BUCCELLATI, LLC, and
LAURA BUCCELLATI,

    Counterclaim Plaintiffs,

v.

BUCCELLATI HOLDING ITALIA SPA,
BUCCELLATI, INC., GIANMARIA
BUCCELLATI, BUCCELLATI WATCHES
SA, and PAOLO CARRION,

    Counterclaim Defendants.
_____/

# MEDIATOR'S REPORT

On November 21, 2013, the undersigned mediated this case. The parties and their respective counsel were present at the mediation. Despite the good faith discussions of counsel and the parties, a resolution was not reached at the mediation. As a result, the mediation was adjourned.

The undersigned will be available to assist the parties if and when any further settlement discussions take place. Moreover, should the Court have any questions or concerns regarding the status of this matter, the undersigned would be pleased to address them.

Dated: November 21, 2013
      Miami, Florida

Respectfully submitted,

/s/ Harry R. Schafer
Harry R. Schafer
hrs@knpa.com
Florida Bar #508667
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Mediator*

## CERTIFICATE OF SERVICE

**I hereby certify** that on the 21st day of November, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

/s/ Harry R. Schafer
Harry R. Schafer