# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-21297-KMM-Moore/Torres

BUCCELLATI HOLDING ITALIA SPA
and BUCCELLATI, INC.,

        Plaintiffs,

v.

LAURA BUCCELLATI, LLC, LAURA
BUCCELLATI, and LILIAN AZEL,

        Defendants.
_____/

LAURA BUCCELLATI, LLC, LAURA
BUCCELLATI,

        Counter-Plaintiffs.

v.

BUCCELLATI HOLDING ITALIA SPA,
BUCCELLATI, INC., GIANMARIA
BUCCELLATI, BUCCELLATI WATCHES SA,
and PAOLO CARRION,

        Counter-Defendants
_____/

**DECLARATION OF DAVID T. VAN DER LAAN IN SUPPORT OF OPPOSITION TO**
**DEFENDANTS' MOTION TO COMPEL**

I, David T. Van Der Laan, declare under penalty of perjury that:

1.     I am an associate at Edwards Wildman Palmer LLP. Although I have not filed an appearance in this case, I have been assisting with discovery matters and have knowledge sufficient to testify, if necessary, to the facts below. I am over eighteen years of age and competent to make this declaration.

AM 25948141.2

2. Jami A. Gekas is a partner at Edwards Wildman Palmer LLP and counsel of record for Plaintiffs Buccellati Italia Holding SPA and Buccellati, Inc. (together, the "**Plaintiffs**" or "**Buccellati**"). On November 6, 2013, Ms. Gekas wrote to David Azrin—counsel for Defendants Laura Buccellati, LLC, Laura Buccellati, and Lilian Azel (collectively, "**Defendants**")—in response to Mr. Azrin's request to meet and confer regarding Plaintiffs' discovery responses. A true and correct copy of that email is attached hereto as Exhibit A.

3. On November 8, 2013, Ms. Gekas and I met and conferred via telephone with Defendants' counsel. During the call, Mr. Azrin indicated that he had not reviewed Plaintiff's document production.

4. During the meet-and-confer, Ms. Gekas and Mr. Azrin discussed Plaintiffs' objections to Defendants' discovery requests that were not limited by time. Several times during the call, Ms. Gekas offered to discuss production of particular documents dated prior to 2008 if Defendants' counsel would identify them with greater specificity and explain their relevance. Defendants' counsel refused to identify any such documents.

5. On December 2, 2013, I visited the website for the United States Patent and Trademark Offices' Trademark Electronic Search System, available at URL http://www.uspto.gov, and searched for Application No. 77281371 ("**the '371 Application**"). The search redirected me to a status webpage for the '371 Application. Attached as Exhibit B is a true and accurate screenshot of the status webpage as it appeared to me on that day.

6. From the status webpage, I clicked on a link labeled "TSDR" and was redirected to the Trademark Status and Document Retrieval webpage for the '371 Application. I then clicked on the tab labeled "Documents." Attached as Exhibit C is a true and accurate screenshot

AM 25948141.2

of the Documents subsection of the Trademark Status and Document Retrieval webpage as it appeared to me on that day.

7. During the parties' meet-and-confer call on November 8, Ms. Gekas explained to Defendants' counsel that Buccellati does not maintain copies of the publicly-available documents from the '371 Application's file wrapper in its own files; the only place where copies of those documents are kept is in the attorney files of Buccellati's outside counsel, the contents of which are attorney work product and which also contain attorney-client communications.

8. On December 6, 2013, I visited the website for the United States Patent and Trademark Offices' Trademark Electronic Search System, available at URL http://www.uspto.gov, and searched for Application No. 73565936 ("**the '936 Application**"). The search redirected me to a status webpage for the '936 Application. Attached as Exhibit D is a true and accurate screenshot of the status webpage as it appeared to me on that day.

9. On December 6, 2013, I visited the website for the United States Patent and Trademark Offices' Trademark Electronic Search System, available at URL http://www.uspto.gov, and searched for Application No. 73565913 ("**the '913 Application**"). The search redirected me to a status webpage for the '913 Application. Attached as Exhibit E is a true and accurate screenshot of the status webpage as it appeared to me on that day.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: December 6, 2013
Chicago, IL

*David T. Van Der Laan*

David T. Van Der Laan

AM 25948141.2

# Exhibit A

**Gekas, Jami**

| | |
|---|---|
| **From:** | Gekas, Jami |
| **Sent:** | Wednesday, November 06, 2013 10:01 AM |
| **To:** | 'David T. Azrin' |
| **Cc:** | albert@bordasiplaw.com; dkf@friedlandvining.com; court@friedlandvining.com; dkfriedland@gmail.com; Tenney, H. Straat; jaime.vining@friedlandvining.com; Francavillo, John; jrichvining@gmail.com; Leonardo G. Renaud; Kuhn, Perla; Radding, Rory |
| **Subject:** | RE: Buccellati Holding Italia SPA  et al v. Laura Buccellati LLC et al - Case 1:13-cv-21297-KMM (S.D. Fla.) - Letter dated October 30, 2013 re Plaintiffs' discovery objections [ED-01.FID1558008] |

David,

First, I am available Friday (November 8) at 10:00 a.m. CT for a telephone discussion regarding discovery responses.  Please confirm you are also available then.

With that stated, it appears from your email below that you do not plan to amend or update your letter of October 30.  However, per my prior correspondence (which I note you have not included in the email chain below), we believe that letter was sent prematurely.  As you know, we were unable to produce our confidential documents to you simultaneously with our written discovery responses, because of delays by your colleagues in finalizing the Protective Order.  As such, your October 30 letter was hard for us to understand, and seemed to be merely a "placeholder," because it was sent prior to your receipt of our supplemental document production, yet complained about responses to Interrogatories where we clearly indicated we would produce documents under Rule 33(d).

Now that you have our documents and presumably have reviewed them, I agree it makes sense to discuss any remaining issues you perceive.  But I assume that many of the issues identified in your earlier letter have now been remedied.  Therefore, I do think it would be helpful prior to our discussion if you would please identify which points are still matters of concern for you.

Thank you,

Jami

---

**From:** David T. Azrin [mailto:dta@gdblaw.com]
**Sent:** Wednesday, November 06, 2013 7:48 AM
**To:** Gekas, Jami
**Cc:** albert@bordasiplaw.com; dkf@friedlandvining.com; court@friedlandvining.com; dkfriedland@gmail.com; Tenney, H. Straat; jaime.vining@friedlandvining.com; Francavillo, John; jrichvining@gmail.com; Leonardo G. Renaud; Kuhn, Perla; Radding, Rory; David T. Azrin
**Subject:** Re: Buccellati Holding Italia SPA et al v. Laura Buccellati LLC et al - Case 1:13-cv-21297-KMM (S.D. Fla.) - Letter dated October 30, 2013 re Plaintiffs' discovery objections [ED-01.FID1558008]

Please advise what day and time you are available for a telephone conference to address your objections to our discovery requests, as outlined in my prior letters. We intend to file a motion to compel on Friday with respect to any issues that we are unable to resolve by that time. This is our third written request for a conference on this subject.

David T. Azrin, Esq.
Gallet Dreyer & Berkey LLP
845 Third Avenue

New York, NY 10022
Tel. (212) 935-3131

On Nov 1, 2013, at 5:15 PM, "David T. Azrin" <dta@gdblaw.com> wrote:

> Dear Jami –
>
> Please see attached letter.
>
> As we stated clearly in the letter, the objections do not relate to the documents produced.  Our objection is to your objections.  We believe the objections are improper and without merit, and they should be withdrawn.  We would like to try to resolve these issues before filing a motion to compel.  We again request a date and time when you are available to discuss the issues raised in our letter.
>
> Please call me to discuss these issues, or give me a date and time when we can schedule a call.
>
> David T. Azrin, Esq.
> Gallet Dreyer & Berkey LLP
> 845 Third Avenue, 8th Floor
> New York, NY 10022
> (212) 935-3131
> www.gdblaw.com
>
> ---
>
> **From:** Gekas, Jami [mailto:JGekas@edwardswildman.com]
> **Sent:** Friday, November 01, 2013 4:53 PM
> **To:** David T. Azrin
> **Cc:** 'albert@bordasiplaw.com'; 'dkf@friedlandvining.com'; 'court@friedlandvining.com'; 'dkfriedland@gmail.com'; Tenney, H. Straat; 'jaime.vining@friedlandvining.com'; 'court@friedlandvining.com'; Francavillo, John; 'jrichvining@gmail.com'; 'Leonardo G. Renaud'; Kuhn, Perla; Radding, Rory
> **Subject:** RE: Buccellati Holding Italia SPA et al v. Laura Buccellati LLC et al - Case 1:13-cv-21297-KMM (S.D. Fla.) - Letter dated October 30, 2013 re Plaintiffs' discovery objections [ED-01.FID1558008]
>
> Dear David,
>
> In response to your letter, we note that we are always amenable to meeting and conferring on discovery matters and are happy to schedule a call to do so.  As you know, however, we have separately reached agreement with your colleague Mr. Bordas this week on the protective order and therefore are in the process today of making a supplemental production.  We believe that the supplemental production may clarify our previous responses and address many of the areas of concern highlighted in your letter.  Therefore, I suggest we touch base next week once you have had a chance to review the supplemental materials.
>
> Thank you,
>
> Jami

2

**From:** David T. Azrin [mailto:dta@gdblaw.com]
**Sent:** Wednesday, October 30, 2013 11:06 PM
**To:** Gekas, Jami
**Cc:** 'albert@bordasiplaw.com'; 'dkf@friedlandvining.com'; 'court@friedlandvining.com'; 'dkfriedland@gmail.com'; Tenney, H. Straat; 'jaime.vining@friedlandvining.com'; 'court@friedlandvining.com'; Francavillo, John; 'jrichvining@gmail.com'; 'Leonardo G. Renaud'; Kuhn, Perla; Radding, Rory
**Subject:** Buccellati Holding Italia SPA et al v. Laura Buccellati LLC et al - Case 1:13-cv-21297-KMM (S.D. Fla.) - Letter dated October 30, 2013 re Plaintiffs' discovery objections

Dear Ms. Gekas:

Please see attached letter dated October 30, 2013.

David T. Azrin, Esq.
Gallet Dreyer & Berkey LLP
845 Third Avenue, 8th Floor
New York, NY 10022
(212) 935-3131
www.gdblaw.com

---

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: This e-mail message (and any attachments hereto) is intended only for the use of the named recipient(s) and may contain legally privileged attorney-client information and/or confidential or proprietary information, and/or may contain attorney work product, that is exempt from disclosure under applicable law. If you have received this message in error or you are not the named recipient(s), you may not review, disseminate, distribute or copy this message (or any attachments hereto) and we request that you please immediately notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer. Thank you.



_____
Edwards Wildman Palmer LLP has offices in Boston, Chicago, Hartford, Hong Kong, Istanbul, London, Los Angeles, Miami, Morristown NJ, New York, Orange County, Providence, Stamford, Tokyo, Washington DC and West Palm Beach. For more information visit edwardswildman.com.

CONFIDENTIALITY NOTICE

This e-mail message from Edwards Wildman Palmer LLP, Edwards Wildman Palmer UK LLP, Edwards Wildman Palmer, a Hong Kong firm of solicitors, and Edwards Wildman Danismanlik Hizmetleri Avukatlik Ortakligi, a registered foreign attorney partnership, is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor emails sent to and from our server(s) to ensure regulatory compliance to protect our clients and business. Edwards Wildman Palmer UK LLP is a limited liability partnership registered in England (registered number OC333092) and is authorised and regulated by the Solicitors Regulation Authority (SRA) and operates an SRA standard complaints procedure (see here). A list of members' names and their professional qualifications may be inspected at our registered office, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK, telephone +44 207 583 4055.

Disclosure Under U.S. IRS Circular 230: Edwards Wildman Palmer LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

<Letter dated November 1, 2013.pdf>

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
Confidentiality Notice: This e-mail message (and any attachments hereto) is intended only for the use of the named recipient(s) and may contain legally privileged attorney-client information and/or confidential or proprietary information, and/or may contain attorney work product, that is exempt from disclosure under applicable law. If you have received this message in error or you are not the named recipient(s), you may not review, disseminate, distribute or copy this message (or any attachments hereto) and we request that you please immediately notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer. Thank you.

# Exhibit B



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Dec 2 03:10:41 EST 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# MARIO BUCCELLATI

| | |
|---|---|
| **Word Mark** | MARIO BUCCELLATI |
| **Goods and Services** | (ABANDONED) IC 008. US 023 028 044. G & S: Cutlery, namely, forks, spoons, and knives; silverware, namely, flatware |
| | (ABANDONED) IC 014. US 002 027 028 050. G & S: Precious metals and their alloys; silverware, namely, table centerpieces, ornamental cases and boxes; hollow ware, namely, bowls, teapots and trays; jewelry, precious stones; horological and chronometric instruments; desktop statuary made of silver |
| | (ABANDONED) IC 016. US 002 005 022 023 029 037 038 050. G & S: Silverware, namely, desk sets |
| | (ABANDONED) IC 020. US 002 013 022 025 032 050. G & S: Silverware, namely, mirrors |
| | (ABANDONED) IC 021. US 002 013 023 029 030 033 040 050. G & S: Silverware, namely, candlesticks, vases, non-electric candelabra, combs, hairbrushes |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77281371 |
| **Filing Date** | September 17, 2007 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |

| | |
|---|---|
| **Published for Opposition** | March 31, 2009 |
| **Owner** | (APPLICANT) BUCCELLATI, INC. CORPORATION NEW YORK 333 South Highland Avenue Briarcliff Manor New York NEW YORK 10510 |
| **Attorney of Record** | Perla M. Kuhn |
| **Prior Registrations** | 0838777 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | July 23, 2012 |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit C



Case 1:13-cv-21297-KMM   Document 73-1   Entered on FLSD Docket 12/06/2013   Page 15 of 20

| | Date | Description | Format |
|---|---|---|---|
| ☐ | Feb. 20, 2009 | Response to Office Action | MULTI |
| ☐ | Aug. 22, 2008 | Offc Action Outgoing | XML |
| ☐ | Jul. 30, 2008 | Publication & Issue Review Complete | MULTI |
| ☐ | Jul. 30, 2008 | TRAM Snapshot of App at Pub for Oppostn | MULTI |
| ☐ | Jul. 23, 2008 | Amendment and Mail Process Complete | MULTI |
| ☐ | Jul. 21, 2008 | Response to Office Action | MULTI |
| ☐ | Jul. 12, 2008 | Offc Action Outgoing | XML |
| ☐ | Jun. 21, 2008 | Amendment and Mail Process Complete | MULTI |
| ☐ | Jun. 20, 2008 | Response to Office Action | MULTI |
| ☐ | Jun. 20, 2008 | Response to Office Action | XML |
| ☐ | Dec. 20, 2007 | Offc Action Outgoing | MULTI |
| ☐ | Dec. 19, 2007 | XSearch Search Summary | XML |
| ☐ | Sep. 17, 2007 | Application | MULTI |
| ☐ | Sep. 17, 2007 | Drawing | JPEG |

▲ **Proceedings Documents - Click to Load**

▲ **Assignments Documents - Click to Load**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



- Accessibility
- Privacy Policy
- Terms of Use
- Security
- Emergencies/Security Alerts
- Federal Activities Inventory Reform (FAIR) Act
- Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
- Budget & Performance
- Freedom of Information Act (FOIA)
- Department of Commerce NoFEAR Act Report
- Regulations.gov
- STOP!Fakes.gov
- Strategy Targeting Organized Piracy (STOP!)
- Information Quality Guidelines
- Department of Commerce
- USPTO Webmaster

# Exhibit D



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Dec 6 03:10:29 EST 2013*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ ] [ ] *( Use the "Back" button of the Internet Browser to return to TESS)*

# FEDERICO BUCCELLATI

| | |
|---|---|
| **Word Mark** | FEDERICO BUCCELLATI |
| **Goods and Services** | (ABANDONED) IC 018. US 003 041. G & S: LEATHER AND IMITATION LEATHER GOODS, NAMELY, HAND BAGS, TOTE BAGS, POUCHES, WALLETS, SUITCASES, LUGGAGE, TRUNKS FOR TRAVELING, UMBRELLAS AND PARASOLS |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73565936 |
| **Filing Date** | October 30, 1985 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | July 22, 1986 |
| **Owner** | (APPLICANT) DIFFUSIONE B S.R.L. CORPORATION ITALY VIA FINOCCHIARO APRILE, 9 MILANO ITALY |
| **Attorney of Record** | G. FRANKLIN ROTHWELL |
| **Priority Date** | August 7, 1985 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | THE NAME IN THE MARK REFERS TO A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | July 8, 1987 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit E

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Dec 6 03:10:29 EST 2013*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# FEDERICO BUCCELLATI

| | |
|---|---|
| **Word Mark** | FEDERICO BUCCELLATI |
| **Goods and Services** | (ABANDONED) IC 025. US 039. G & S: CLOTHING, NAMELY, TROUSERS, SUITS, DRESSES, SKIRTS, SHIRTS, BLOUSES, COATS, OVERCOATS, SWEATERS, SCARVES, GLOVES, BELTS, AND FOULARDS |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73565913 |
| **Filing Date** | October 30, 1985 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | July 22, 1986 |
| **Owner** | (APPLICANT) DIFFUSIONE B S.R.L. CORPORATION ITALY VIA FINOCCHIARO APRILE, 9 MILANO ITALY |
| **Attorney of Record** | G. FRANKLIN ROTHWELL |
| **Priority Date** | August 7, 1985 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | THE NAME IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | July 8, 1987 |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY