UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No: 1:13-cv-21297-KMM-Moore/Torres

Buccellati Holding Italia SPA and Buccellati, Inc.

      Plaintiffs,

v.

Laura Buccellati, LLC, Laura Buccellati, and
Lilian Azel,

      Defendants
_____/

Laura Buccellati, LLC, and Laura Buccellati,

      Counterclaim Plaintiffs,

v.

Buccellati Holding Italia SPA, Buccellati, Inc.,
Gianmaria Buccellati, Buccellati Watches SA,
And Paolo Carrion,

      Counterclaim Defendants.
_____/

### NOTICE OF FILING

Defendants Laura Buccellati, LLC, Laura Buccellati, and Lilian Azel (collectively, "Defendants"), by and through their undersigned attorneys, hereby notify the Court that the Defendants filed their Objections to the Report and Recommendation on Motion for Attorney's Fees and Costs, attached as **Exhibit A**, in response to the

interlocutory Report and Recommendation entered by the Magistrate Judge assigned to the parties' New York action (Case No. 1:11-cv-07268-PGG-GWG).[1]

Date: January 6, 2014

/s/ Leonardo G. Renaud
LEONARDO G. RENAUD, P.A.
8105 N.W. 155 St.
Miami Lakes, FL 33016
LeonardoRenaud@aol.com
Tel. (305) 818-9993
Fax. (305)818-9997
leonardorenaud@aol.com

ALBERT BORDAS, P.A.
5975 Sunset Drive
Suite 607
Miami, FL 33143
Tel. (305)669-9848
Fax. (305)669-9851
albert@bordasiplaw.com

GALLET DREYER & BERKEY, LLP
DAVID T. AZRIN
845 Third Avenue, 8th Floor
New York, NY 10022
Tel. (212) 935-3131
Fax. (212) 935-4514
dta@gdblaw.com

---

[1] A final order on an award of attorney's fees and costs requested by the Defendants remains pending. Plaintiffs just recently filed their Memorandum of Law in Opposition to Defendants' Objections to the Report and Recommendation of Magistrate Judge Gorenstein on January 2, 2014.

## CERTIFICATE OF SERVICE

I hereby certify that on the above referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro s parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**David Kenneth Friedland**
Friedland Vining, P.A.
1500 San Remo Ave.
Suite 200
Coral Gables, FL 33146
305-777-1720
305-456-4922 (fax)
dkf@friedlandvining.com

**Jaime Rich Vining**
Friedland Vining, P.A.
1500 San Remo Ave.
Suite 200
Coral Gables, FL 33146
305-777-1720
305-456-4922 (fax)
jaime.vining@friedlandvining.com&

**Jami A. Gekas**
Edwards, Wildman, Palmer, LLP
225 West Wacker Drive
Chicago, IL 60606
312-201-2000
jgekas@edwardswildman.com

**Perla M. Kuhn**
Edwards, Wildman, Palmer, LLP
750 Lexington Avenue
New York, NY 10022
212-308-4411
pkuhn@edwardswildman.com

**Rory J. Radding**
Edwards, Wildman, Palmer, LLP
750 Lexington Avenue
New York, NY 10022
212-308-4411
rradding@edwardswildman.com

**H. Straat Tenney**
Edwards, Wildman, Palmer, LLP
750 Lexington Avenue
New York, NY 10022
212-308-4411
stenney@edwardswildman.com

*Counsel for Plaintiffs*