**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:13-cv-21297-KMM-Moore/Torres**

**BUCCELLATI HOLDING ITALIA SPA**
**and BUCCELLATI, INC.,**

        Plaintiffs,

v.

**LAURA BUCCELLATI, LLC, LAURA**
**BUCCELLATI**, and **LILIAN AZEL**,

        Defendants.
_____/

**LAURA BUCCELLATI, LLC, LAURA**
**BUCCELLATI,**

        Counter-Plaintiffs.

v.

**BUCCELLATI HOLDING ITALIA SPA,**
**BUCCELLATI, INC., GIANMARIA**
**BUCCELLATI, BUCCELLATI WATCHES SA**,
and **PAOLO CARRION**,

        Counter-Defendants
_____/

**ORDER ON OBJECTIONS TO MAGISTRATE JUDGE ORDERS**
**DATED JANUARY 24, 2014 (D.E. 118) AND JANUARY 26, 2014 (D.E. 125)**

This matter came before the Court on Defendants' Objections to Magistrate Judge Orders dated January 24, 2014 (D.E. 118) and January 26, 2014 (D.E. 125), and the Court, being fully advised, hereby Orders and Adjudges the objections are sustained, and the Court shall proceed to hear and consider the Defendants' motion to compel dated January 22, 2014 (D.E. 114).

DONE and ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this ___ day of _____, 2014.

_____
United States District Court Judge

cc:  Counsel of Record