UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-21297-KMM-Moore/Torres

**BUCCELLATI HOLDING ITALIA SPA**
**and BUCCELLATI, INC.**,

       Plaintiffs,

v.

**LAURA BUCCELLATI, LLC, LAURA
BUCCELLATI**, and **LILIAN AZEL**,

       Defendants.
_____/

**LAURA BUCCELLATI, LLC, LAURA
BUCCELLATI,**

       Counter-Plaintiffs.

v.

**BUCCELLATI HOLDING ITALIA SPA,
BUCCELLATI, INC., GIANMARIA
BUCCELLATI, BUCCELLATI WATCHES SA**,
and **PAOLO CARRION**,

       Counter-Defendants
_____/

## ORDER ON DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S JANUARY 21, 2014 ORDER

     This matter came before the Court on Defendants' Motion to Compel Compliance with this Court's January 21, 2014 Order, and the Court, being fully advised, hereby Orders and Adjudges the motion is GRANTED.  Plaintiffs shall forthwith fully comply with this Court's January 21, 2014 Order by producing to Defendants all documents in their possession, custody or control responsive to Requests Nos. 49, 50, and 51 in Defendants' First Request for Production,

and an award shall be entered in Defendants' favor against Plaintiffs for the Defendants' attorneys fees and costs incurred in bringing this motion.

DONE and ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this ___ day of _____, 2014.

_____
United States District Court Judge

cc: Counsel of Record