**David T. Azrin**

| | |
|---|---|
| **From:** | Tenney, H. Straat <STenney@edwardswildman.com> |
| **Sent:** | Tuesday, January 14, 2014 10:16 AM |
| **To:** | 'Albert Bordas' |
| **Cc:** | David T. Azrin; 'Leonardo G. Renaud, Esq.'; Kuhn, Perla; Gekas, Jami; Chapman, Errol; 'PowerBook 17' |
| **Subject:** | RE: Buccellati v. Laura Buccellati et al, Case No. 1:13-cv-21297-KMM |

Albert and David,

We are trying to determine the issue. We will revert shortly.

Best regards,
Straat


-----Original Message-----
From:   Albert Bordas [mailto:albert@bordasiplaw.com]
Sent:   Tuesday, January 14, 2014 09:51 AM Eastern Standard Time
To:     Tenney, H. Straat
Cc:     David T. Azrin; Leonardo G. Renaud, Esq.; Kuhn, Perla; Gekas, Jami; Chapman, Errol; PowerBook 17
Subject:Re: Buccellati v. Laura Buccellati et al, Case No. 1:13-cv-21297-KMM

Good morning Straat,

I am not able to access the documents with the password below.

Please send me a new password to see if it works.


Thank you Sir,

Albert Bordas, Esq.

Albert Bordas, P.A.
Patent, Trademark, and Copyright Law

5975 Sunset Drive, Suite 607
Miami, FL 33143  USA

Tel.  305-669-9848
Fax  305-669-9851
info@bordasiplaw.com <mailto:patent@bordasiplaw.com> www.bordasiplaw.com <http://www.bordasiplaw.com/>

 albertbordaspa

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO INFO@BORDASIPLAW.COM <mailto:INFO@BORDASIPLAW.COM>  AND KINDLY DELETE THIS MESSAGE.

On Jan 13, 2014, at 6:40 PM, STenney@edwardswildman.com wrote:


You have received 1 secure file from stenney@edwardswildman.com.
Use the secure link below to download.



Dear Counsel:

Enclosed is the link to Buccellati documents BUCC003443 - BUCC003787 responsive to Defendants' discovery requests. The case-sensative password is: [REDACTED]

Let us know if you have any difficulty accessing the documents. We are sending a courtesy hard copy CD to David Azrin's office.

Best regards,
Straat


H. Straat Tenney

Edwards Wildman Palmer LLP
750 Lexington Avenue
New York, New York 10022

Direct: + 1 212 912 2915
Fax: + 1 888 325 9217
Main: + 1 212 308 4411

www.edwardswildman.com <http://www.edwardswildman.com/>

Secure File Downloads:
Available until: 12 February 2014

BUCC_1.13.14.zip
<https://sft.edwardswildman.com/seos/1000/mpd/ui1302201478a672ad8cfdf095b2cd4a52b9de4ffb>
42,333.27 KB, Fingerprint: 18b9a6d88847d0f1188833706bd0b198 (What is this?
<https://sft.edwardswildman.com/courier/web/1000@/wmFingerprint.html> )

You have received secure links within this email sent via Edwards Wildman Palmer Secure File Sharing <https://sft.edwardswildman.com/> . To retrieve the files, please click on the links above. To learn how your company can benefit from Accellion Secure File Sharing, please visit http://www.accellion.com <http://www.accellion.com/>

Secured by Accellion <http://www.accellion.com/>

Edwards Wildman Logo <http://www.edwardswildman.com/files/upload/EdwardsWildman-RGB-2in.gif>

_____
Edwards Wildman Palmer LLP has offices in Boston, Chicago, Hartford, Hong Kong, Istanbul, London, Los Angeles, Miami, Morristown NJ, New York, Orange County, Providence, Stamford, Tokyo, Washington DC and West Palm Beach. For more information visit edwardswildman.com.

CONFIDENTIALITY NOTICE

This e-mail message from Edwards Wildman Palmer LLP, Edwards Wildman Palmer UK LLP, Edwards Wildman Palmer, a Hong Kong firm of solicitors, and Edwards Wildman Danismanlik Hizmetleri Avukatlik Ortakligi, a registered foreign attorney partnership, is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor emails sent to and from our server(s) to ensure regulatory compliance to protect our clients and business. Edwards Wildman Palmer UK LLP is a limited liability partnership registered in England (registered number OC333092) and is authorised and regulated by the Solicitors Regulation Authority (SRA) and operates an SRA standard complaints procedure (see here <http://www.edwardswildman.com/complaintsprocedure> ). A list of members' names and their professional qualifications may be inspected at our registered office, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK, telephone +44 207 583 4055.

Disclosure Under U.S. IRS Circular 230: Edwards Wildman Palmer LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.