UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-21297-KMM-Moore/Torres

BUCCELLATI HOLDING ITALIA SPA
and BUCCELLATI, INC.,

        Plaintiffs,

v.

LAURA BUCCELLATI, LLC, LAURA
BUCCELLATI, and LILIAN AZEL,

        Defendants.
_____/

LAURA BUCCELLATI, LLC, LAURA
BUCCELLATI,

        Counter-Plaintiffs.

v.

BUCCELLATI HOLDING ITALIA SPA,
BUCCELLATI, INC., GIANMARIA
BUCCELLATI, BUCCELLATI WATCHES SA,
and PAOLO CARRION,

        Counter-Defendants
_____/

**ORDER ON DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO PRODUCE
FINANCIAL STATEMENTS AND CORPORATE RECORDS
<u>WHICH PLAINTIFFS PROMISED TO PRODUCE</u>**

      This matter came before the Court on Defendants' Motion to Compel Plaintiffs to Produce Documents Which Plaintiffs Promised to Produce, and the Court, being fully advised, hereby Orders and Adjudges the motion is GRANTED.  Plaintiffs shall forthwith produce all of the financial statements and corporate records which they promised to produce, and an award

2

shall be entered in Defendants' favor against Plaintiffs for the Defendants' attorneys' fees and costs incurred in bringing this motion.

DONE and ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this ___ day of _____, 2014.

_____
United States District Court Judge

cc:  Counsel of Record