UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-21297-CIV-MOORE

BUCCELLATI HOLDING ITALIA
SPA, et al.,

        Plaintiffs,

vs.

LAURA BUCCELLATI LLC, et al.,

        Defendants.
_____/

## **FINAL JUDGMENT**

Pursuant to the Verdict rendered by a jury on April 22, 2014 (ECF Nos. 259, 260, and 261), finding that Defendants Laura Buccellati LLC and Laura Buccellati's use of the name Laura Buccellati as a trademark in connection with their goods is likely to cause confusion with Plaintiffs Buccellati Holding Italia SPA and Buccellati, Inc.'s trademark, it is hereby ORDERED AND ADJUDGED as follows:

1. Final judgment is entered on behalf of Plaintiffs Buccellati Holding Italia SPA and Buccellati, Inc., and against Defendant Laura Buccellati LLC on the claims of trademark infringement, unfair competition, false designation of origin, and false description of fact (ECF No. 259).

2. Final judgment is entered on behalf of Plaintiffs Buccellati Holding Italia SPA and Buccellati, Inc., and against Defendant Laura Buccellati on the claims of trademark infringement, unfair competition, false designation of origin, and false description of fact (ECF No. 260).

1

3. Final judgment is entered on behalf of Defendant Laura Buccellati LLC, and against Plaintiffs Buccellati Holding Italia SPA and Buccellati, Inc., on the claims of false advertising and trademark dilution (ECF No. 259).

4. Final judgment is entered on behalf of Defendant Laura Buccellati, and against Plaintiffs Buccellati Holding Italia SPA and Buccellati, Inc., on the claims of false advertising and trademark dilution (ECF No. 260).

5. Final judgment is entered on behalf of Defendant Lilian Azel, and against Plaintiffs Buccellati Holding Italia SPA and Buccellati, Inc., on the claims of trademark infringement, unfair competition, false designation of origin, false description of fact, false advertising, and trademark dilution (ECF No. 261).

Plaintiffs are ORDERED to file a brief and a proposed order regarding their remaining equitable claims on, or before, May 7, 2014.  Defendants may file a response to Plaintiffs' brief on, or before, May 21, 2014, and Plaintiffs may file a reply on, or before, May 28, 2014.

The Clerk of Court is instructed to ADMINISTRATIVELY CLOSE this case.  All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers in Miami, Florida, this 23rd  day of April, 2014.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record