UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-21297-MOORE

BUCCELLATI HOLDING ITALIA, SPA,
BUCCELLATI, INC.,
    Plaintiffs,

vs.

LAURA BUCCELLATI, LLC,
LAURA BUCCELLATI, and
LILIAN AZEL,

    Defendants.
_____/

## STIPULATION FOR WITHDRAWAL OF EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court from further responsibility.

Dated: April 22, 2014

_____
~~Jami A. Gekas~~

_____
David Thomas Azrin

Stipulation herein approved
this 23rd day of April, 2014

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE