**EXHIBIT K**

**Daniel Carey**
Litigation Direction Consultant    36 Sterley Avenue,    Saugerties,    NY 12477    914 · 319 · 7441

Litigation Support for March/April 2014 Miami Federal:
## Buccellati Jewelers vs. Laura Buccellati Handbags
Dear David Arzin and Gallet Dreyer & Berkey LLP,

**Trial Director and Legal Art Direction** (Friends and Family rates c/o Theresa Villanueva):

| Date | Hours | Description |
|---|---|---|
| 3/28 | 5 Hrs | Renaming, Loading, Transferring, Demonstratives, ie Family Tree/Opening |
| 3/31 | 9 Hrs | Demonstratives, Changes c/o David |
| 4/01 | 2.5 Hrs | Expert slides converted into demonstrative format |
| 4/02 | 2.25 Hrs | More slide direction c/o David, i.e. US trademark registration ect |
| 4/03 | 2.5 Hrs | Emails and slide revisions |
| 4/04 | 1 Hrs | 4 more slides created or revised |
| 4/05 | 6.5 Hrs | Call w/David; timeline edits, multiple slide edits |
| 4/07 | 2.5 Hrs | Lily's edits; emails; texts; powerpoint edits; exhibits uploaded to Site Logic |
| 4/08 | .5 Hrs | Powerpoint tweaks |

Total   31.75Hrs @ $100.00   $3175.00

| Date | Hours | Description |
|---|---|---|
| 4/09 | 1 Hrs | Trial Director Q/C |
| 4/10 | 1.5 Hrs | Court room set up; binder sleeve; boards sent |
| 4/11 | 2.25 Hrs | Calls w/Pamela Trial Director edits, video loads and test |
| 4/12 | 4.5 Hrs | Giamaria loaded and tested, outlines for Andrea/Milani |
| 4/13 | 9.5 Hrs | Boards, pick-up boxes from Laura; PPT tweaks; more TD Q/C |
| 4/14 | 9.75 Hrs | Court Set/Break; Openings and direct examinations |
| 4/15 | 11.5Hrs | Court Set/Break; Andrea direct exam; prep |
| 4/16 | 15Hrs | Court Set/Break; direct exams; prep |
| 4/17 | 9Hrs | Court Set/break; direct exams; prep |
| 4/18 | 6Hrs | Court Set/Break; note review; notes for Davids closing |
| 4/19 | 6Hrs | Prep for cllosing ideas, scramble for 4pm call, exhibit notes shared |
| 4/20 | 3.5Hrs | Prep work for Monday, David request DVD player or similar |
| 4/21 | 11.25Hrs | Court Set/Break; direct exams, scramble for A/V equipment TigerDirect |
| 4/22 | 11Hrs | Court Set/Break; direct exam; Closings |

Total   101.75Hrs @ $125.00  $12,718.75
Labor total  $15,893.75

(detailed notes and discriptions available upon request)

Expenses: Airfare $300.00, Food Per Diem $350, Car Rental $420, Parking Airport & Courthouse $209, Fuel $80.00, Tolls estimated 14x4 $96.00, A/V TigerDirect $182.26, Hotel $659.94 = $2297.20

Total Billing $18,190.95

Payment in full is expected within 30 days of invoice submission, the payment of
$18,190.95 is to me made and sent to:   Litigation Direction
                                        c/o Daniel Carey
                                        36 Sterley Ave
                                        Saugerties, NY 12477

Thank you for your time,

Daniel Carey
914.319.7441