**EXHIBIT L**

WILLIAM BERENSON  
Brand Architects LLC

# INVOICE

EIN: 68 0603111

William Berenson Brand Architects LLC  
1111 Brickell Bay Drive Suite 2406  
Miami, FL 33133  
(305) 588 1536

| Date | Invoice # |
|---|---|
| 03.06.2014 | LBUCHE 600 |

Bill to:

ATTN: David T. Azrin, Esq.  
Gallet Dreyer & Berkey LLP  
845 Third Avenue  
New York, NY 10022  
Tel. (212) 935-3131

| PO No. | Terms | Project |
|---|---|---|
| | Payable in US dollars upon receipt | |

| | | Description | | Amount |
|---|---|---|---|---|
| | | Deposition and deposition preparation as expert witness on Laura Buccellati trademark case<br>Total 41 hours @ $475/hour | | $19,475.00 |
| | | Est. Out of pocket expenses | | |
| | | Total | | $19,475.00 |